**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: HON. RICHARD K. EATON, JUDGE**

| | |
|---|---|
| **UNITED WEAVERS OF AMERICA, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 26-CV-01790** |
| **THE UNITED STATES OF AMERICA; U.S. CUSTOMS AND BORDER PROTECTION; and RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection,** | |
| **Defendants.** | |

**PLAINTIFF'S MOTION TO LIFT THE STAY**

Plaintiff, United Weavers of America Inc., respectfully requests that the Court lift the stay in this case so that plaintiff may file a notice of dismissal pursuant to Rule 41(a)(1)(i) of this Court.

**ARGUMENT**

Under Administrative Order 25-02, "[a]ny party seeking to lift the stay before the [C]ourt does so sua sponte must provide good cause indicating why their case merits earlier consideration."

Good cause exists to lift the stay in this case. Plaintiff initiated this action seeking a refund of all duties assessed under the International Emergency Economic Power Act ("IEEPA"), 50 U.S.C. § 1701 *et seq. See* Compl. Plaintiff secured a refund of IEEPA duties via the Consolidated Administration and Processing of Entries system implemented by Defendant United States Customs and Border Protection. Thus, plaintiff no longer wishes to maintain this action.

1

Accordingly, Plaintiff respectfully requests that the Court lift the stay in this action. If the Court lifts the stay, Plaintiff will file a file a notice of dismissal shortly thereafter. Plaintiff requests any additional relief the Court deems warranted under the circumstances.

Date:   August 13, 2026

Respectfully submitted,

/s/ *P. Lee Smith*
P. Lee Smith
Matthew W. McGee
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
901 K Street, N.W. Suite 900
Washington, D.C. 20001
leesmith@bakerdonelson.com
mmcgee@bakerdonelson.com
202-326-5026

*Attorneys for United Weavers of America, Inc.*

2